NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3275

MARCO FARAONI,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0752090617-I-1.

ON MOTION

### O R D E R

Marco Faraoni moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

OCT 21 2009

FOR THE COURT

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc:    Bobby R. Devadoss, Esq.
Anuj Vohra, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

s17

ISSUED AS A MANDATE: _____

OCT 21 2009

OCT 21 2009

JAN HORBALY
CLERK